**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

November 3, 2021

Application GRANTED.

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED.
Dated: New York, New York
November 8, 2021

_____
P. Kevin Castel
United States District Judge

Re: Christopher Johnson v. City of New York, et al., 21 cv 5268 (PKC)

Dear Judge Castel:

As counsel for Plaintiff in the above-referenced matter, I write to respectfully request leave to re-file Plaintiff's First Amended Complaint in accordance with the Court's October 19, 2021 Order (ECF No. 10) ("Leave to amend GRANTED. File amended complaint and provide the Court with a marked copy to show changes within 14 days."). Defendants consent to this request.

Yesterday, I timely filed Plaintiff's First Amended Complaint (ECF No. 11) along with the red-lined version to show changes (ECF No. 11-1); however, today, I received an ECF bounce indicating that my filing was deficient because "the wrong party/parties whom the pleading is against were selected," and "therefore new Court's leave must be acquired."

Accordingly, I respectfully ask the Court to grant leave to re-file the amended complaint along with the red-lined version. I will do so (without technical error) as soon as the Court allows.

Thank you for your consideration of this matter.

Respectfully submitted,

_____/s/_____
Cyrus Joubin, Esq.
Attorney for Plaintiff