UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER JOHNSON,,

                Plaintiff,                      21 **CIVIL** 5268 (PKC)

      -against-                                **JUDGMENT**

THE CITY OF NEW YORK,
OFFICER STEVEN POUPOS,
OFFICER JOSEPH DAVIN, and
JOHN DOES 1-2,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion Order dated September 12, 2022, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
         September 12, 2022

                                                                            **RUBY J. KRAJICK**

                                                                                     **Clerk of Court**

                                           **BY:**

                                                                                      **Deputy Clerk**